

NUMBER 13-14-00138-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JOE TORRES,                                                                 Appellant,

v.

THE STATE OF TEXAS,                                                   Appellee.

### On appeal from the 28th District Court
### of Nueces County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Rodriguez and Longoria
### Memorandum Opinion Per Curiam

Counsel for appellant filed a motion to dismiss his appeal. In a signed attachment, appellant states that he no longer wishes to pursue his appeal. We find the motion and attachment together meet the requirement of Texas Rule of Appellate Procedure 42.2(a) that appellant and his attorney must sign a written motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we GRANT the

motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and DISMISS the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish.
*See* Tex. R. App. P. 47.2(b).

Delivered and filed the
27th day of March, 2014.